IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL STAMPS and BARBARA STAMPS,<br><br>Plaintiffs,<br><br>vs.<br><br>MOVING PROS INC., CLAIMS SERVICE INTERNATIONAL, and DOES 1-10,<br><br>Defendants. | CV 18-115-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, consistent with the Court's Order and Entry of Default Judgment (Doc. 38), that Default Judgment is entered in favor of the Michael Stamps and Barbara Stamps and against Moving Pros in the amount of $19,530.00. Costs are awarded in the amount of $1,008.16. Attorneys' fees are awarded in the amount of $10,672.50.

Dated this 12th day of August, 2019.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk